IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHER DIVISION

UNITED STATES OF AMERICA

v.                              CRIMINAL NO.: 3:24-CR-70-CWR-LGI

JACOB W. VANLANDINGHAM

## NOTICE OF MAXIMUM PENALTY

**Charge:**         Wire Fraud
                    18 U.S.C. § 1343

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment