# CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT ______ DOCKET # 3:24-cr-70-CWR-LGI
SAME DEFENDANT ________ NEW DEFENDANT __________
MAGISTRATE JUDGE CASE NUMBER __________________
R 20/ R 40 FROM DISTRICT OF __________________

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES X NO

MATTER TO BE SEALED: X YES _____ NO

NAME/ALIAS: JACOB W. VANLANDINGHAM

**U.S. ATTORNEY INFORMATION:**

AUSA DAVID H. FULCHER BAR # 10179 (MS)

INTERPRETER: X NO _____ YES LIST LANGUAGE AND/OR DIALECT: __________________

**LOCATION STATUS:** ARREST DATE __________________

____ ALREADY IN FEDERAL CUSTODY AS OF __________________
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1 _______ PETTY _______ MISDEMEANOR 1 FELONY

| | (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|---|
| Set 1 | 18:1343.F | 18 USC § 1343 | Wire Fraud | 1 |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |

SIGNATURE OF AUSA: [signature]

Revised 9/22/2020