IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO.: 3:24-cr-00070-CWR-LGI

JACOB W. VANLANDINGHAM

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW the undersigned, Paul A. Hayden, and hereby enters his notice of appearance as co-counsel for the United States of America:

**PAUL ANDREW HAYDEN**, Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
202.353.9370
Paul.Hayden2@usdoj.gov
Virginia Bar # 74977

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel.

Dated: September 29, 2025         Respectfully submitted,

                                                 LORINDA I. LARYEA
                                                 Acting Chief, Fraud Section
                                                 Criminal Division
                                                 U.S. Department of Justice

                                    By: _/s/ Paul A. Hayden_
                                                 PAUL A. HAYDEN
                                                 Trial Attorney
                                                 1400 New York Avenue, NW
                                                 Washington, DC 20005
                                                 202-353-9370
                                                 Paul.Hayden2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, PAUL A. HAYDEN, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification to all ECF participant(s) of this record.

Dated: September 29, 2025

/s/   *Paul A. Hayden*
PAUL A. HAYDEN
Trial Attorney